MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* EVELYN DIAMOND et al., Respondents.

Submitted February 23, 1954; decided March 4, 1954.

*Jay Leo Rothschild* for motion.

*Jacob W. Friedman* opposed.

Motion granted and appeal dismissed. [See 306 N. Y. 918; 307 N. Y. 263, 804.]